No. ——. IRWIN v. RAILROAD COMMISSION OF TEXAS ET AL. The application for a stay, referred to the Court by MR. JUSTICE BLACK, is denied. *D. Worth Clark, Philip W. Amram, Cyril J. Smith* and *Ralph W. Yarborough* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Phillip Robinson,* Assistant Attorney General, for the Railroad Commission of Texas, respondent.

No. 550. MORRIS v. PARKER ET AL. Samuel Berman and Solomon H. Feldman, executors of the estate of Max R. Morris, deceased, substituted as parties appellant.

No. 510. FRIEDBERG v. UNITED STATES. Petition for rehearing granted. The order denying certiorari, *ante,* p. 916, is vacated and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. *Robert N. Gorman* and *Stanley A. Silversteen* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland, Ellis N. Slack* and *David L. Luce* for the United States.